**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-62218-CIV-SMITH**

FREDY O.
ORTIZ VASQUEZ,

Petitioner,

v.

FIELD OFFICE DIRECTOR,
ENFORCEMENTAND REMOVAL
OPERATIONS, MIAMI FIELD OFFICE,
IMMIGRATION AND
CUSTOMS ENFORCEMENT,
*et al*.,

Respondents.
_________________________________/

**ORDER TO SHOW CAUSE**

This cause comes before the Court upon review of Petitioner's Petition for Writ of Habeas Corpus [DE 1]. Upon consideration, it is

**ORDERED** that:

1. By **August 26, 2026**, Respondents shall show cause why the Petition for Writ of Habeas Corpus should not be granted.

2. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of Florida by August 24th, 2026, and shall constitute good and sufficient service.

3. During the pendency of this action, Respondents shall not move Petitioner out of the Southern District of Florida.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 21st day of August, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel or record